UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA HUERTA,<br><br>        Plaintiff,<br><br>    v.<br><br>SANOFI U.S. SERVICES INC., et al.,<br><br>        Defendants. | Case No. 23-cv-05722-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on February 13, 2024. Having considered the parties' stipulation, *see* Dkt. No. 25, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Last Day to file Motion for Leave to Amend Complaint | March 21, 2024 |
| LD to file Response/Opposition Brief to Motion for Leave to Amend Complaint | April 4, 2024 |
| LD to file Reply Brief to Motion for Leave to Amend Complaint | April 11, 2024 |
| Motion to Amend Pleadings - Hearing | May 2, 2024 at 2:00 p.m. |
| LD for Deposition – Plaintiff | June 7, 2024 |
| LD for Deposition – Plaintiff's Prescribing Oncologist[1] | August 30, 2024 |
| LD to file Early Motion for Summary Judgment on Statute of Limitations | October 3, 2024 |
| LD to file Response/Opposition Brief to Early Motion for Summary Judgment on Statute of Limitations | October 17, 2024 |
| LD to file Reply Brief to Early Motion for Summary Judgment on Statute of Limitations | October 24, 2024 |
| Early Motion for Summary Judgment on Statute of Limitations - Hearing | November 7, 2024 at 2:00 p.m. |

---

[1] If necessary to accommodate the physician's schedule, this deadline may be extended.

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause. The parties are directed to review and comply with this Court's standing orders.
3   This order **TERMINATES** Dkt. No. 25.
4   **IT IS SO ORDERED.**
5   Dated:  February 29, 2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge