J. Christopher Elliott (*Pro Hac Vice*)
celliott@coloradolaw.net
BACHUS AND SCHANKER, LLC
950 17th Street, Suite 1050
Denver, CO 80202
T: (303) 893-9800
F: (303) 893-9900
Matthew Macke (SBN: 304551)
MACKE LAW
445 S. Figueroa St
Los Angeles, CA 90071
T: (619) 817-6642
F: (303) 893-9900
matt.macke@coloradolaw.net

Attorneys for Plaintiff
Victoria Huerta

Eva M. Weiler (SBN: 233942)
eweiler@shb.com
David Polyakov (SBN: 341577)
dpolyakov@shb.com
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, CA 92614
T: (949) 475-1500
F: (949) 475-0016

Attorneys for Defendants
sanofi-aventis U.S. LLC and
Sanofi US Services Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA HUERTA,<br><br>   Plaintiff,<br><br>   vs.<br><br>SANOFI U.S. SERVICES, INC.,<br>SANOFI-AVENTIS U.S. LLC, et al.,<br><br>   Defendants. | Case No.: 4:23-cv-05722-HSG<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Victoria Huerta ("Plaintiff") and Defendants Sanofi US Services, Inc. and sanofi-aventis U.S. LLC ("Sanofi") collectively, the "Parties", by and through their undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, with Plaintiff to bear Defendants' costs for the scheduled June 4, 2024 deposition of Plaintiff, and each party to bear their other costs, expenses and fees.

Dated: June 17, 2024                     Respectfully Submitted,

                                         BACHUS AND SCHANKER, LLC

                                         By: */s/ J. Christopher Elliott*
                                             J. Chrisotpher Elliot
                                             celliot@coloradolaw.net

                                             Attorney for Plaintiff
                                             Victoria Huerta


Dated: June 17, 2024                     Respectfully Submitted,

                                         SHOOK, HARDY & BACON L.L.P.

                                         By: */s/ Eva M. Weiler*
                                             Eva M. Weiler
                                             eweiler@shb.com

                                             Attorneys for Defendants
                                             sanofi-aventis U.S. LLC and
                                             Sanofi US Services Inc.

**SIGNATURE ATTESTATION**

Pursuant to N.D. Cal. L.R. 5-1(i)(3), I, J. Christopher Elliott, attest that I have obtained authorization from the above signatories to file the above-referenced document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ J. Christopher Elliott*
J. Christopher Elliott

**ORDER**

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: 6/18/2024         By: *Haywood S. Gilliam Jr.*
                             Hon. Haywood S. Gilliam, Jr.
                             United States District Judge